UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY ROSENBAUM,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN JOSE, et al.,<br><br>Defendants. | Case No. 20-cv-04777-NC   (LJC)<br><br>**ORDER REGARDING APRIL 28, 2025 PRE-SETTLEMENT CONFERENCE**<br><br>Re: Dkt. No. 180 |

Pursuant to Docket No. 180, the undersigned Magistrate Judge scheduled a telephonic pre-settlement conference for April 28, 2025, at 1:30pm. All parties were ordered to attend to discuss timing and preparation for a further settlement conference. Counsel for Defendants failed to appear, which hindered the Court's efforts to discuss the upcoming settlement conference with all parties. The undersigned admonishes counsel for Defendants for their failure to attend the pre-settlement conference.

The further mandatory settlement conference in this matter will be held on June 18, 2025, at 10:30am in the undersigned's courtroom. All parties are ordered to attend in-person, with the exception of Plaintiff's counsel Stanley Goff, who may appear remotely provided that his co-counsel appears in person. If Mr. Cajina is unavailable to appear in person, Mr. Goff shall appear in person for the settlement conference. If Defense counsel wish to seek permission for Defendant officers to appear remotely or be available by phone, they may make such a request by joint stipulation or administrative motion. See Settlement Conference Standing Order, Section E.2.

Given the amount of time that has transpired since the parties' last settlement conference with Judge Cisneros on November 7, 2022, the parties shall meet and confer, and submit new settlement conference statements and confidential letters, as set forth in Sections A-C of the

Settlement Conference Standing Order.

**IT IS SO ORDERED.**

Dated: May 8, 2025

_____
LISA J. CISNEROS
United States Magistrate Judge