UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ZACHARY ROSENBAUM,

    Plaintiff,

v.

CITY OF SAN JOSE, et al.,

    Defendants.

Case No. 20-cv-04777-NC  (LJC)

**ORDER REGARDING DEFENDANTS' LETTER AND WITHDRAWING ADMONISHMENT**

Re: Dkt. No. 183

The undersigned has reviewed Defendants' May 8, 2025 letter and having investigated the matter further, Defendants' counsel's diligence and counsels' attempts to appear at the pre-settlement conference and communicate with the Court are recognized. The Court's prior admonishment, ECF No. 182, is withdrawn. The Court's May 8, 2025 order is otherwise unmodified, and June 18, 2025 Settlement Conference shall proceed.

**IT IS SO ORDERED.**

Dated: May 9, 2025

LISA J. CISNEROS
United States Magistrate Judge