| | |
|---|---|
| 1 | NORA FRIMANN, City Attorney (93249) |
| 2 | ARDELL JOHNSON, Assistant City Attorney (95340) |
|   | MAREN J. CLOUSE, Chief Deputy City Attorney (228726) |
| 3 | KENDRA MCGEE-DAVIES, Sr. Deputy City Attorney (260459) |
|   | Office of the City Attorney |
| 4 | 200 East Santa Clara Street, 16th Floor |
|   | San José, CA 95113-1905 |
| 5 | Telephone Number: (408) 535-1900 |
| 6 | Facsimile Number: (408) 998-3131 |
|   | E-Mail Address: cao.main@sanjoseca.gov |
| 7 | Attorneys for Defendants |

STANLEY GOFF (Bar No. 289564)
LAW OFFICE OF STANLEY GOFF
15 Boardman Place Suite 2
San Francisco, CA 94103
Telephone: (415) 571-9570
Email: scraiggoff@aol.com

FULVIO F. CAJINA (Bar No. 289126)
LAW OFFICE OF FULVIO F. CAJINA
528 Grand Ave.
Oakland, CA 94610
Telephone: (415) 601-0779
Facsimile: (510) 225-2636
Email: fulvio@cajinalaw.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZACHARY ROSENBAUM,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN JOSE; OFFICER RYAN FERGUSON; SGT. HATEZNBUHLER; OFFICER DUNN; SGT. GUTIERREZ; OFFICER ANDERSON; OFFICER TAPIA; OFFICER VALLEJO; OFFICER OCHOA; AND DOES 1-25,<br><br>Defendants. | Case Number: 5:20-cv-04777-NC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR REMOTE APPEARANCE OF DEFENDANT OFFICERS, AND WAIVER OF APPEARANCE FOR OFFICER DUNN**<br><br>Conf. Date: June 18, 2025<br>Time: 10:30 a.m.<br>Courtroom: SF, Courtroom G, 15th Floor.<br>Judge: Hon. Lisa J. Cisneros<br><br>Trial Date: September 2, 2025 |

**STIPULATION**

The parties—Plaintiff Zachary Rosenbaum ("Plaintiff") and Defendants City of San Jose, Ryan Ferguson, Brett Hatzenbuhler, Hymel Dunn, Gary Anderson, and Francisco Vallejo (collectively, "Defendants")—stipulate that the Defendant Officers Ryan Ferguson, Brett Hatzenbuhler, Gary Anderson, and Francisco Vallejo will be available by telephone and/or Zoom if necessary to the proceedings. The parties further stipulate to waive the appearance of Officer Dunn due to his unavailability on the date of the settlement conference. Finally, the parties stipulate to a remote appearance by Plaintiff's attorney, Stanley Goff.

**IT IS SO STIPULATED.**

Respectfully submitted,

NORA FRIMANN, City Attorney

Dated:  May 12, 2025

By: */s/ Kendra E. McGee*
KENDRA E. MCGEE
Senior Deputy City Attorney

Attorneys for Defendants

LAW OFFICE OF FULVIO CAJINA

Dated:  May 12, 2025

By: */s/ Stanley Goff*
STANLEY GOFF

Attorneys for Plaintiff

I attest that Plaintiff's counsel has read and approved this document and given consent to the filing of the same with the Court.

NORA FRIMANN, City Attorney

Dated:  May12, 2025

By: */s/ Kendra E. McGee*
KENDRA E. MCGEE
Senior Deputy City Attorney

Attorneys for Defendants

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, the parties' stipulation is **GRANTED.**

IT IS SO ORDERED.

Dated: May 13, 2025

_____
LISA J. CISNEROS
United States District Judge